UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DUCHESNE; JACKSON, | ) | 1: 05-CV-00436-REC-SMS |
| Plaintiff, | ) ) ) ) ) | INFORMATIONAL ORDER REGARDING PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE ASSIGNMENT (Doc. 4) |
| v. | ) | |
| ANGELA MEDELLIN, et al., | ) ) ) ) ) | ORDER DISREGARDING PLAINTIFF'S OBJECTIONS AND DEMAND TO VACATE AND STRIKE ASSIGNMENT AND ORDERS |
| Defendants. | | |

Plaintiff is proceeding pro se with an action for damages and other relief concerning alleged civil rights violations.

Plaintiff's complaint, filed on April 1, 2005, alleges that Plaintiff suffered injuries as a result of actions on the part of Defendant Medellin, who is an Internal Revenue Service Agent. The Court's docket reflects that the case was assigned to District Judge Robert E. Coyle, and was referred to the undersigned, Magistrate Judge Sandra M. Snyder. On the same date, the Court issued its standard scheduling order, signed by the undersigned Magistrate Judge. The case number of this action also contains the initials of the District Judge and Magistrate Judge, reflecting the assignment of the case to Judge Coyle, and

1

1 reference to the undersigned as Magistrate Judge.

2 On April 5, 2005, Plaintiff filed objections to the
3 "assignment" of the case to the Magistrate Judge because he had
4 not consented to the assignment of the case to a Magistrate Judge
5 or waived his right to an Article III judge. Plaintiff requested
6 that the "assignment" of the case to the Magistrate Judge be
7 vacated and any orders issued by the Magistrate Judge be
8 stricken.

9 Plaintiff is informed that his case has not been assigned to
10 a Magistrate Judge; rather, the case has been assigned to a
11 District Judge, namely, Judge Robert E. Coyle. Pursuant to 28
12 U.S.C. § 636 and Local Rules 72-302 and 72-303, Magistrate Judges
13 perform duties, including determining specified pretrial, non-
14 dispositive motions and presiding over specified pretrial
15 proceedings. A Magistrate Judge is not assigned to preside over a
16 case unless both parties consent to the jurisdiction of a
17 Magistrate Judge to conduct all proceedings, including the entry
18 of final judgment, pursuant to 28 U.S.C. § 636(c), Fed. R. Civ.
19 P. 73(b), and Local Rule 73-301.

20 Here, no such consent has been filed. Thus, the case remains
21 assigned to the District Judge, and the Magistrate Judge will
22 proceed only with scheduling, initial consideration of discovery
23 matters, and any other proceedings that the Magistrate Judge is
24 directed to perform by the pertinent statutes and Local Rules.

25 Accordingly, because Plaintiff's objection and requests for
26 the vacation and striking of assignment and orders are
27 inapposite, they will be disregarded.

28

1   IT IS SO ORDERED.

2   **Dated:     May 3, 2005**                          **/s/ Sandra M. Snyder**
    icido3                                              UNITED STATES MAGISTRATE JUDGE

3