IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT DUCHESNE; JACKSON, | ) | No. CV-F-05-436 REC/SMS |
| | ) | |
| | ) | ORDER DEEMING PLAINTIFF'S |
| | ) | NOTICE OF MAGISTRATE JUDGE |
| Plaintiff, | ) | SNYDER'S "ACTIONS OUTSIDE |
| | ) | HER ROBE AND OF HER TRESPASS |
| vs. | ) | ON PLAINTIFF'S CASE" TO BE |
| | ) | REQUEST FOR RECONSIDERATION |
| | ) | BY DISTRICT COURT OF |
| ANGELA MEDELLIN, et al., | ) | MAGISTRATE JUDGE'S RULING |
| | ) | AND DENYING DEEMED REQUEST |
| | ) | FOR RECONSIDERATION |
| Defendant. | ) | |
| | ) | |
| | ) | |

On May 20, 2005, plaintiff, proceeding in pro per, filed a "Notice to Senior Judge Robert E. Coyle to Magistrate Judge Sandra M. Snyder's Actions Outside Her Robe and Of Her Trespass on Plaintiff's Case".

The court deems plaintiff's pleading to be a Request for Reconsideration by the District Court of Magistrate Judge's Ruling.  See Rule 72-303(c), Local Rules of Practice.

So deemed, plaintiff's Request for Reconsideration is

1

1  denied. The Magistrate Judge's ruling that she has lawful
2  authority to hear and resolve certain pretrial matters in civil
3  actions is a correct statement of the law. See 28 U.S.C. § 636;
4  Rules 72-302, 72-303, Local Rules of Practice. These rules
5  provide for review by the district court under specified
6  circumstances of rulings or recommendations by the Magistrate
7  Judge. Plaintiff's contention that the payment of the filing fee
8  established a contract between himself and the court that all
9  matters would be resolved by an Article III judge is without
10 merit. Plaintiff's action will proceed in accordance with the
11 Federal Rules of Civil Procedure, the Local Rules of Practice,
12 and any applicable constitutional and statutory authority. There
13 is no contract and, consequently, no breach of contract.[1]

     ACCORDINGLY, plaintiff's deemed Request for Reconsideration
by the District Court of Magistrate Judge's Ruling is denied.

     IT IS SO ORDERED.

**Dated:  May 23, 2005**                 **/s/ Robert E. Coyle**
668554                              UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff requests that the court verify with documentary evidence that the district court judge to whom this action has been assigned is, in fact, an Article III judge. All United States District Court Judges are Article III judges. United States District Court Magistrate Judges are not.

2